IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES GOSE DICKENSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXIDON, INC.,<br><br>    Defendant. | 4:12CV3028<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by James M. Ramey as counsel of record on behalf of Plaintiff Charles Gose Dickenson, (filing no. 54), is granted.

November 30, 2012.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge