IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES GOSE DICKENSON,

        Plaintiff,

vs.

EXIDON, INC.,

        Defendant.

4:12CV3028

MEMORANDUM AND ORDER

After conferring with the parties, the final progression order is amended as follows:

1) The defendant's deadline for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to January 10, 2013

2) Depositions are stayed pending the outcome of the parties' anticipated mediation of this case in mid- to late-January.

3) To avoid the unnecessary expenditure of costs and attorney fees pending mediation, the deadline for filing motions to dismiss and motions for summary judgment is extended to February 1, 2013.

4) All other prior case progression deadlines remain in effect.

December 4, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge